UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GILBERT MCFADDEN,

        Plaintiff,

vs.                                     Case No. 10-CV-14457
                                       HON. GEORGE CARAM STEEH

FUYAO NORTH AMERICA INC., *et al.*,

        Defendants.

_____/

ORDER DENYING MOTION TO COMPEL DISCOVERY AS TO DEFENDANT FUYAO GLASS INDUSTRY GROUP [#25] AND GRANTING IN PART MOTION TO EXTEND TIME PERIOD FOR FILING THIRD AMENDED COMPLAINT [#28]

        The court having heard argument this date on plaintiff's motion to compel discovery as to defendant Fuyao Glass Industry Group, and plaintiff's motion to extend time period for filing third amended complaint, and for the reasons stated on the record,

        Plaintiff's motion to compel discovery as to defendant Fuyao Glass Industry Group is DENIED.

        Plaintiff's motion to extend time period for filing third amended complaint is GRANTED IN PART.

        Plaintiff shall file his third amended complaint <u>within seven (7) days from the date of this order.</u>

        Plaintiff shall promptly comply with the terms of the Hague Convention in effecting service of process of the summons and a copy of the third amended complaint upon

defendant Fuyao Glass Industry Group.

    SO ORDERED.

Dated:  June 23, 2011

                                S/George Caram Steeh
                                GEORGE CARAM STEEH
                                UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 23, 2011, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

---