UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GILBERT MCFADDEN,

      Plaintiff,

vs.                                             Case No. 10-CV-14457
                                              HON. GEORGE CARAM STEEH

FUYAO NORTH AMERICA INC., *et al.*,

      Defendants.
_____/

ORDER DENYING WITHOUT PREJUDICE DEFENDANT FUYAO NORTH AMERICA
INCORPORATED'S MOTION FOR SUMMARY JUDGMENT [#56] AND DENYING AS
MOOT FUYAO GLASS INDUSTRY GROUP'S MOTION TO STRIKE [#70]

      The parties having appeared for oral argument this date and for the reasons stated on the record,

      Defendant Fuyao North America's motion for summary judgment is DENIED without prejudice.

      Defendant Fuyao Glass Industry Group's motion to strike is DENIED as moot.

      SO ORDERED.

Dated: July 25, 2012

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 25, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk